UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEILA HARRIS,

    Plaintiff,

v.                                            Case No. 07-11932
                                             Honorable Patrick J. Duggan

LENAWEE COUNTY,

    Defendant.
_____/

## ORDER

Plaintiff filed this declaratory judgment action following her termination as a secretary for a Lenawee County Probate Court Judge. In her complaint, Plaintiff seeks a declaration that (1) she was entitled to a hearing prior to her termination in accordance with *Cleveland Board of Education v Loudermill*, 470 U.S. 532, 105 S. Ct. 1487 (1985); (2) her termination was not lawful until January 26, 2007; (3) her January 30, 2006 appeal was timely; and (4) Defendant Lenawee County ("Lenawee County") is to pay the cost of arbitration.

Presently before the Court is Lenawee County's motion for summary judgment pursuant to Federal Rule of Civil Procedure 56(c), filed October 15, 2007, and Plaintiff's motion for leave to amend the complaint to add Judge Margaret Noe as a defendant, filed January 7, 2008. Lenawee County's motion has been fully briefed. On January 10, 2008, this Court held a motion hearing.

For the reasons set forth on the record at the motion hearing, the Court grants

Lenawee County's motion for summary judgment and denies Plaintiff's motion to amend her complaint.

**SO ORDERED**.

Date: January 10, 2008

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Michael L. Pitt, Esq.
Cynthia L. Reach, Esq.